COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                      NO. 2-09-00453-CV

 

IN RE RODNEY D. LAKE                                                           RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and motion for emergency relief and is of the
opinion that all relief should be denied. 
Accordingly, relator=s petition
for writ of mandamus and motion for emergency relief are denied.

 

PER CURIAM

 

 

PANEL: 
WALKER, MCCOY, and MEIER, JJ.

 

DELIVERED: 
December 22, 2009











     [1]See
Tex. R. App. P. 47.4.